**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------
DANIEL F. MOODY                              :
                                             :     C.A. No. _____
               Plaintiff,    :
                                             :
      v.                              :
                                             :
U.S. BANK NATIONAL ASSOCIATION,              :
                                             :
               Defendant.    :
---------------------------------------------------------------x

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE AND TO PLAINTIFF:

     PLEASE TAKE NOTICE that Defendant U.S. Bank National Association ("U.S. Bank"), by and through its undersigned counsel, Duane Morris LLP, hereby file this Notice of Removal under 28 U.S.C. §1441 to effect removal of this matter which was commenced in the Justice of the Peace Court of the State of Delaware.  U.S. Bank states that removal is proper for the following reasons:

     1.     On or about December 9, 2011, Plaintiff filed this action in the Justice of the Peace Court for the State of Delaware in and for Kent County, Court No. 16, under Civil Action No. JP16-11-006012.  U.S. Bank first received the summons on December 21, 2012; thus thirty days since first receiving the Summons and Complaint has not yet expired.

     2.     This Court has removal jurisdiction under 28 U.S.C. §1441 because the subject matter of the action is a federal question and thus is within the original jurisdiction of the United States District Courts.  The Plaintiff asserts claims arising under federal law, including claims under the Federal Fair Credit Reporting Act Truth-In-Lending Act, 15 U.S.C. §1681, which

regulates the collection, dissemination and use of consumer information, including consumer credit information.  *See* Complaint, attached as Exhibit A.

3. In accordance with 28 U.S.C. § 1446(a), attached hereto are true and correct copies of all pleadings, processes and orders filed in this action in Justice of the Peace Court for the State of Delaware in and for Kent County, Court No. 16, *to wit,* Exhibit A (Summons and Complaint).

4. This Notice of Removal is being served on all parties of record by mailing, United States first class, postage prepaid, a true and correct copy thereof to their attorneys of record or to unrepresented parties, and a copy of the Notice of Removal will be filed with the Clerk of the Civil Court of the City of New York, County of New York, pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, U.S. Bank prays that this civil action be removed to this Court from the Justice of the Peace Court for the State of Delaware in and for Kent County, Court No. 16.

Dated:  January 17, 2012                     **DUANE MORRIS LLP**

/s/ Katharine V. Jackson
Matt Neiderman  (Del. Bar No. 4018)
Katharine Jackson (Del. Bar No. 4018)
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1246
302-657-4900
KVJackson@duanemorris.com

*Attorneys for Defendant*
*U.S. Bank National Association*

# Exhibit "A"

RECEIVED DEC 2 2011

IN THE JUSTICE OF THE PEACE COURT OF THE STATE OF DELAWARE
IN AND FOR KENT COUNTY
COURT NO. 16

Electronically Filed
2011-12-09 09:48:44
Clerk of Court

COURT ADDRESS
480 Bank Lane
Dover, DE 19904

ALIAS COMPLAINT

CIVIL ACTION NO. JP16-11-006012

Please list defendants. Add additional names and addresses on a separate sheet of paper.

**PLAINTIFF(S)** vs. **DEFENDANT(S)**

1) Name: Daniel F. Moody
Address: 2744 Red Lion Road
Bear, DE 19701
System ID# @2352373
Phone: 302-734-7401

1) Name: U.S. Bank National Association
Address Specify: ☐ Rental ☒ Mailing
P.O. Box 790408
St. Louis, MO 63179-0408
System ID#
Phone

**PLAINTIFF(S)**
Phone
2) Name
Address

**DEFENDANT(S)**
Phone
2) Name
Address Specify: ☐ Rental ☐ Mailing

System ID#
Phone

System ID#
Phone

Plaintiff's Attorney or Agent, if any:
Adam C. Gerber, Esq.
Address: 225 South State Street
Dover, DE 19901
System ID# (bar#): 4653
Phone: 302-734-7401

Defendant's Attorney or Agent, if any:
Address
System ID# (bar#)
Phone

**Check One**
☒ Individual
☐ Corporation or other Artificial entity (see Supreme Court Rule 57)

**Check One**
☐ Individual
☒ Corporation or other Artificial entity (see Supreme Court Rule 57)
Alternate Address ☐ Physical ☐ Mailing ☐ Rental

**Type of Service:** (Check One)
Court Service ☒
Special Process Server ☐

**Type of Action:** Debt ☒   Replevin ☐   Trespass ☐   Summary Possession ☐ (Landlord Tenant)
Deficiency Judgment ☐

**COMPLAINT-**

1. Concise Statement of Facts: (Who, What, When, Where, How?)

Defendant has furnished inaccurate information to credit reporting agencies. Such information states that Plaintiff is personally liable for a business debt. The account in question, (ending in 0070), was opened in the name of a business, All For Him, Inc. Plaintiff never agreed to be personally liable for the debt of the business. Despite numerous demands by Plaintiff to cease doing so, Defendant continues to represent to credit reporting agencies that Plaintiff is personally liable for this debt. This has caused Plaintiff significant financial harm, including, but not limited to, increasing the interest rate that Plaintiff must pay on his current home loan.

2. Relief Sought:

$ 14,950   Amount of money claimed. (Not including interest)
$   Pre Judgment Interest at or _____ % legal rate _____ % contractual rate
$ xxx   Post Judgment Interest at the legal rate   OR contractual rate of ___ %
$ 30.50   Court Costs.
$ xxx   Other   Attorney's fees and penalties under the Fair Credit Reporting Act.
☐ Possession
☐ Return of personal property or $ _____

Jury Trial Demanded (Possession only) ☐ Yes ☐ No
Total value (Attach list of property stating description, number and value of items on 8 ½" x 11" paper

TO: THE JUSTICE OF THE PEACE COURT
Please docket the above-captioned case and issue a Summons to the above-named Defendant(s) to appear before you so there may be a trial on this case and judgment for the Plaintiff(s), together with interest and costs of this proceeding: or, for an Attachment in Lieu of Summons, please issue same and direct the Constable to execute the proper process.

December 9, 2011
Date

/s/ Adam C. Gerber
Plaintiff or Plaintiff's Attorney

J P Civ. Form No. 1 (Rev 01/05/2007)

Doc. No. 02-13-95-05-01

# IN THE JUSTICE OF THE PEACE COURT OF THE STATE OF DELAWARE
## IN AND FOR KENT COUNTY
## COURT NO. 16

**COURT ADDRESS:**  **CIVIL ACTION NO:** JP16-11-006012
480 BANK LN
DOVER DE 19904

### DANIEL MOODY V US BANK NATIONAL ASSOCIATION

**SYSTEM ID:** @2437561
U.S. BANK NATIONAL ASSOCIATION
P.O. BOX 790408
ST. LOUIS MO 63179-0408

### SUMMONS

**TO ANY CONSTABLE OF SAID COUNTY OR OTHER DULY APPOINTED PROCESS SERVER:**
We command you to summon, U.S. BANK NATIONAL ASSOCIATION the Defendant(s) to answer Plaintiff's claims against the Defendant(s) as stated in the attached Complaint, and serve upon said Defendant(s) a copy of this Summons and Complaint.

**TO THE DEFENDANT(S):**
Within 15 days after you receive this Summons, excluding the day you receive it, you must complete and return to the above named Justice of the Peace Court, the enclosed Answer (or other such filing) if you deny owing all or part of the money claimed as a debt against you by the Plaintiff in the Complaint.

Failure to file an Answer, or other written document related to this claim, with the Justice of the Peace Court may result in a default judgment being entered against you and action may be taken by the Plaintiff, such as the attachment of your wages or the attachment and sale of your property, to satisfy the judgment.

**IN REPLEVIN ACTION:** You are hereby ordered not to intentionally destroy, damage, sell or conceal the property in question. A violation of this Order could result in a Civil Contempt judgment being issued against you, in accordance with 10 Del. C. § 9506.

**WAIVER OF JURY TRIAL:** You are waiving trial by jury.

**IT IS SO ORDERED** this 15th day of December, 2011.

_____Theresa.nolette_____ (SEAL)
Justice of the Peace/Court Official

**CONSTABLE NOTES:** _____
**SERVED ON:** _____
**CONSTABLE:** _____

Delaware CourtConnect: http://courtconnect.courts.delaware.gov
6CF03                      Produced by: Theresa.Nolette            12/16/2011 3:18 PM

# IN THE JUSTICE OF THE PEACE COURT OF
# THE STATE OF DELAWARE, IN AND FOR KENT COUNTY
# COURT NO. 16

**COURT ADDRESS:**
**480 BANK LN**
**DOVER DE 19904**

**CIVIL ACTION NO:** JP16-11-006012

## DANIEL MOODY V US BANK NATIONAL ASSOCIATION

**SYSTEM ID: @2437561**
**U.S. BANK NATIONAL ASSOCIATION**
**P.O. BOX 790408**
**ST. LOUIS MO 63179-0408**

### DEFENDANT'S ANSWER TO THE COMPLAINT

Check all that are appropriate:

A. _____ I admit that I owe the debt or claim in the Complaint and <u>DO</u> <u>NOT</u> want a trial. (This means that you agree to a judgment being entered against you for the amount claimed plus interest and costs. Any money owed should be paid directly to the Plaintiff. **You will be giving up your right to a trial and <u>will not have a right to appeal your decision to admit this debt or claim</u>.**)

B. _____ I WANT A TRIAL.

C. _____ **<u>DEBT ACTIONS ONLY</u>**: In addition to a trial, I request that the Plaintiff provide me with a more detailed statement of the claim (Bill of Particulars).

DATED: _____

_____ _____
(Signature of Defendant) (Defendant's Address/Phone No.)

_____ _____
(Defendant's Attorney, if any) (Attorney's Address/Phone No.)

**If you are a corporation (or other artificial entity or public body):**

- This Answer MUST be signed by an attorney or person designated by a Certificate of Representation (Form 50) for the corporation or entity prior to the filing of this Answer.
- Only an attorney or a person designated in a Form 50 may represent you in JP court.
- YOU MAY OBTAIN A FORM 50 and further information from the Court's website at http://courts.state.de.us/jpcourt. (Click on Form 50). Or, you may obtain a Form 50 from your nearest JP Civil Court.

Mail this completed form (Answer) to the Justice of the Peace Court at the address above as soon as possible. This signed document must be received by the Court within 15 days after the date you received it or a default judgment may be entered against you.

Form: 6CF07   Produced By: theresa.nolette   Date: 12/16/2011 3:18 PM

# IN THE JUSTICE OF THE PEACE COURT OF
# THE STATE OF DELAWARE, IN AND FOR KENT COUNTY
# COURT NO. 16

**COURT ADDRESS:**  
480 BANK LN  
DOVER DE 19904

**CIVIL ACTION NO:** JP16-11-006012

## DANIEL F. MOODY, PLAINTIFF
## VS.
## U.S. BANK NATIONAL ASSOCIATION, DEFENDANT

**Plaintiff Parties:**  
ATTORNEY FOR PLAINTIFF  
SYSTEM ID: 004653  
ADAM C GERBER  
HUDSON JONES JAYWORK FISHER  
225 SOUTH STATE STREET  
DOVER, DE 19901

PLAINTIFF  
SYSTEM ID: @2437560  
DANIEL F. MOODY  
2744 RED LION ROAD  
BEAR, DE 19701

**Defendant Parties:**  
DEFENDANT  
SYSTEM ID: @2437561  
U.S. BANK NATIONAL ASSOCIATION  
P.O. BOX 790408  
ST. LOUIS, MO 63179-0408

**Other Case Parties:**

Form: 6CF07          Produced By: theresa.nolette          Date: 12/16/2011 3:18 PM