UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL F. MOODY | : |
| Plaintiff, | : C.A. No. 12-00046-RGA |
| v. | : |
| U.S. BANK NATIONAL ASSOCIATION, | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED, this 15th day of October, 2012, by and between the parties to this action, acting through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a), that all claims contained in this action shall be, and are hereby, DISMISSED WITH PREJUDICE, each party to bear its own costs and fees.

| | |
|---|---|
| **HUDSON JONES JAYWORK & FISHER LLC** | **DUANE MORRIS LLP** |
| /s/ Adam C. Gerber | /s/ Gary W. Lipkin |
| Adam C. Gerber (DE Bar No. 4653) | Gary W. Lipkin (DE Bar No. 4044) |
| 225 South State St. | 222 Delaware Ave., 16th Floor |
| Dover, DE 19901 | Wilmington, DE 19801 |
| 302.734.7401 | 302.657.4900 |
| Attorney for Plaintiff | Attorney for Defendant |

So Ordered this 15th day of October, 2012.

_Richard G. Andrews_
United States District Judge